```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9/13/23
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

UNITED STATES OF AMERICA

        -against-

DARREN MACK,

                       Defendant.
-------------------------------------------------------------------x

**ORDER**
16 CR 311 (KMW)

KIMBA M. WOOD, District Judge:

      The conference on the violation of supervised release will be held on October 25, 2023, at 11:00 a.m.

      SO ORDERED.

Dated: New York, New York
           September 13, 2023

                                                                         _____
                                                                        KIMBA M. WOOD
                                                          UNITED STATES DISTRICT JUDGE