UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

UNITED STATES OF AMERICA

        -against-

DARREN MACK,

                      Defendant.
-------------------------------------------------------------x

**ORDER**
16 CR 311 (KMW)

KIMBA M. WOOD, District Judge:

    The conference for the violation of supervised release, currently scheduled for October 25, 2023, is adjourned to Wednesday, November 8, 2023, at 10:30 a.m.

    SO ORDERED.

Dated: New York, New York
         October 16, 2023

                                            /s/ Kimba M. Wood
                                          KIMBA M. WOOD
                                   UNITED STATES DISTRICT JUDGE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/16/23