

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

| |
|---|
| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 11/2/2023 |

November 2, 2023

**By ECF**
The Honorable Kimba M. Wood
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

> Re:     *United States v. Darren Mack*, 16 Cr. 311-007 (KMW)

Dear Judge Wood:

    The parties write respectfully to request a 30-day adjournment of the status conference currently scheduled for November 8, 2023 in order to allow the parties further opportunity to confer regarding a potential disposition. **] GRANTED.**

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
Katherine Cheng
Assistant United States Attorney
Southern District of New York
(212) 637-2492
Katherine.Cheng@usdoj.gov

cc:     Daniel A. McGuinness, Esq.

**The conference is adjourned to December 6, 2023 at 2:00 pm.**

**SO ORDERED.**

**Dated: New York, New York**
     **November 2, 2023**

       *_____/s/ Kimba M. Wood_____*
       **Kimba M. Wood**
       **United States District Judge**