UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
UNITED STATES OF AMERICA

    -against-

DARREN MACK,

                     Defendant.
------------------------------------------------------------------x

**ORDER**
16 CR 311 (KMW)

KIMBA M. WOOD, District Judge:

    At the request of the parties, the conference scheduled for December 6, 2023, is adjourned to January 10, 2024, at 10:30 a.m.

    SO ORDERED.

Dated: New York, New York
         December 4, 2023

                                          KIMBA M. WOOD
                               UNITED STATES DISTRICT JUDGE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/4/23